WENDY M. KRINCEK, ESQ., Bar No. 6417
MICHAEL D. DISSINGER, ESQ., Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:      702.862.8800
Fax No.:          702.862.8811
Email:   wkrincek@littler.com
            mdissinger@littler.com

*Attorneys for Defendant*
ELAVON, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMIR ASLAM, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>ELAVON INC., a Foreign Corporation, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>    Defendant. | Case No. 2:22-cv-01970-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

    Plaintiff, AMIR ASLAM ("Plaintiff"), and Defendant, ELAVON, INC. ("Defendant"), by and through their undersigned counsel, hereby stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of December 29, 2022, up to and including **January 19, 2023**. This is the first request for an extension of time to respond to the Complaint. The instant request for an extension is necessary as defense counsel was recently retained and needs additional time to investigate the allegations and prepare a sufficient responsive pleading.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request is made in good faith and not for the purpose of delay.

Dated: December 22, 2022

Dated: December 22, 2022

Respectfully submitted,

Respectfully submitted,

/s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD.

/s/ Michael D. Dissinger
WENDY M. KRINCEK, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Plaintiff*
AMIR ASLAM

*Attorneys for Defendant*
ELAVON, INC.

**IT IS SO ORDERED.**

Dated: December 30, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.