1  WENDY M. KRINCEK, ESQ.
   Bar No. 6417
2  MICHAEL D. DISSINGER, ESQ.
   Bar No. 15208
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, NV  89169-5937
5  Telephone:     702.862.8800
   Fax No.:       702.862.8811
6  Email:  wkrincek@littler.com
           mdissinger@littler.com
7
   *Attorneys for Defendant*
8  ELAVON, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AMIR ASLAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELAVON INC., a Foreign Corporation, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>Defendant. | Case No. 2:22-cv-01970-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff, AMIR ASLAM ("Plaintiff"), and Defendant, ELAVON, INC. ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of January 19, 2023, up to and including **February 2, 2023**. This is the second request for an extension of time to respond to the Complaint. The Parties agree the instant request for an extension is warranted and necessary to permit additional time for defense counsel to continue its investigation of the allegations in the Complaint and prepare a sufficient responsive pleading, considering scheduling challenges due, in part, to the holiday season that recently concluded.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request is made in good faith and not for the purpose of delay.

Dated: January 17, 2023

Dated: January 17, 2023

Respectfully submitted,

Respectfully submitted,

 /s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD.
*Attorneys for Plaintiff*
AMIR ASLAM

 /s/ Wendy M. Krincek
WENDY M. KRINCEK, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
ELAVON, INC.

**IT IS SO ORDERED.**

Dated: January 18, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4885-7181-7545.1 / 021035-4171

2.