WENDY M. KRINCEK, ESQ.
Bar No. 6417
MICHAEL D. DISSINGER, ESQ.
Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:      702.862.8800
Fax No.:         702.862.8811
Email: wkrincek@littler.com
            mdissinger@littler.com

*Attorneys for Defendant*
ELAVON, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

AMIR ASLAM, an individual,

      Plaintiff,

vs.

ELAVON INC., a Foreign Corporation,
DOES I through X, inclusive; ROE
CORPORATIONS I through X, inclusive

      Defendant.

Case No. 2:22-cv-01970-RFB-VCF

**DEFENDANT'S UNOPPOSED MOTION FOR REPRESENTATIVE TO APPEAR AT EARLY NEUTRAL EVALUATION SESSION BY VIDEOCONFERENCE**

**[SECOND REQUEST]**

Defendant, ELAVON, INC. ("Defendant"), by and through its counsel, Littler Mendelson, P.C., hereby submits this unopposed Motion to permit its representative to appear remotely by videoconference technology (*i.e.,* Zoom) at the Early Neutral Evaluation Session ("ENE") scheduled for May 18, 2023. This is Defendant's second request to permit its representative to appear remotely at the ENE.

### I.      BACKGROUND

Per the Court's prior order (ECF No. 25), the Court has requested additional information regarding: (1) the need for Defendant's representative to appear remotely at the ENE and (2) the scope of settlement authority of Defendant's representative. **ECF No. 25.** Defendant respectfully submits

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

the instant unopposed Motion consistent with the Court's prior order.

## II.      LEGAL STANDARDS

The Order Scheduling Early Neutral Evaluation ("Order") scheduled the ENE for this matter for May 18, 2023, before U.S. Magistrate Judge Elayna J. Youchah. **ECF No. 16.** The Order and Local Rule 16-6(e) require that a representative of Defendant with binding authority to settle the matter attend in person. *Id.* The Order also permits "[a]ny request to be excused [to] be filed, after consultation with opposing counsel, no later than seven (7) days before the date of the ENE." *Id.*

## III.     DEFENDANT RESPECTFULLY REQUESTS ITS REPRESENTATIVE WITH BINDING AND FULL SETTLEMENT AUTHORITY BE PERMITTED TO APPEAR REMOTELY AT THE ENE

Consistent with the Court's prior Order (ECF No. 25), Defendant has evaluated further and has elected to designate a different representative with first-hand knowledge of the underlying allegations to attend the ENE, notwithstanding that its representative that was initially going to attend the ENE did have the requisite full settlement authority. Despite Defendant's diligence in attempting to identify an appropriate representative who is available to attend the ENE in person in Las Vegas, Defendant has concluded its newly designated representative will nonetheless require permission to appear remotely via Zoom videoconference technology.

Defendant will be represented at the ENE by David Statzer, Vice President, National Accounts Team & Strategic Markets ("Mr. Statzer"). Mr. Statzer has binding and full authority to settle the matter and will be able to attend, and participate in, the ENE for its duration. Mr. Statzer is a senior, executive-level employee of Defendant who is responsible for management of Defendant's business operations nationwide. Moreover, Mr. Statzer has thorough knowledge of the factual circumstances underlying Plaintiff's Complaint and the allegations made against Defendant therein having been a decision-maker with respect to Plaintiff.

Mr. Statzer resides and primarily works for Defendant in Cincinnati, Ohio. Mr. Statzer will be returning to the office from an out of state vacation on Wednesday, May 17, 2023. Whereas Mr. Statzer is in Ohio, attendance at the ENE in Las Vegas will require approximately three (3) days of travel. Traveling to Las Vegas for the ENE would conflict with no fewer than eight (8) critical meetings on

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

Mr. Statzer's calendar and would result in disruption and delay of Defendant's business operations.[1] Notwithstanding, as noted, Mr. Statzer is prepared to attend and participate in the ENE remotely and has binding and full authority to settle the matter.

The instant Motion is submitted in a timely manner and in accordance with the deadline set forth in the Order. **ECF No. 16.** As noted in Defendant's prior motion (ECF No. 24), counsel have discussed Defendant's request to permit its representative to appear remotely at the ENE. Defense counsel has confirmed Plaintiff's counsel does not oppose the request nor the instant Motion. Defendant is fully prepared to engage in productive and good faith efforts to resolve the matter at the ENE and does not believe that remote appearance by its representative will impede such efforts.[2]

Accordingly, Defendant respectfully requests that its representative, David Statzer, Vice President, National Accounts Team & Strategic Markets, be permitted to participate in the ENE remotely via Zoom videoconference technology.

Dated: May 11, 2023                    Respectfully submitted,


                                       */s/ Michael D. Dissinger*
                                       WENDY M. KRINCEK, ESQ.
                                       MICHAEL D. DISSINGER, ESQ.
                                       LITTLER MENDELSON, P.C.

                                       *Attorneys for Defendant*
                                       ELAVON, INC.

**IT IS SO ORDERED.**


HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED:  May 12, 2023

---

[1] Mr. Statzer has additional recurring meetings during this time that he will cancel or reschedule.
[2] Defense counsel will be attending the ENE in person.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.