WENDY M. KRINCEK, ESQ.
Bar No. 6417
MICHAEL D. DISSINGER, ESQ.
Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email: wkrincek@littler.com
           mdissinger@littler.com

*Attorneys for Defendant*
ELAVON, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AMIR ASLAM, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>ELAVON INC., a Foreign Corporation, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>           Defendant. | Case No. 2:22-cv-01970-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, AMIR ASLAM ("Plaintiff"), and Defendant, ELAVON, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice, each party to bear its own costs and attorneys' fees. As the matter has been resolved, the parties desire to dismiss the action in its entirety with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree that no party shall be deemed to be a prevailing party in this action and that no party will file for an award of costs or attorneys' fees pursuant to any rule, statute or law, whether local, state or federal, in any forum that would be available.

Dated: June 16, 2023                           Dated: June 16, 2023

Respectfully submitted,                         Respectfully submitted,

*/s/ Trevor J. Hatfield*                        */s/ Michael D. Dissinger*
TREVOR J. HATFIELD, ESQ.                        WENDY M. KRINCEK, ESQ.
HATFIELD & ASSOCIATES, LTD.                     MICHAEL D. DISSINGER, ESQ.
                                                LITTLER MENDELSON, P.C.

*Attorneys for Plaintiff*
AMIR ASLAM                                      *Attorneys for Defendant*
                                                ELAVON, INC.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 21st day of April, 2023.

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800